FILED IN
COURT OF CRIMINAL APPEALS

April 30, 2015

ABEL ACOSTA, CLERK

PD-1505-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/30/2015 11:01:39 AM
Accepted 4/30/2015 11:06:36 AM
ABEL ACOSTA
CLERK

Cause Number PD-1505-14

## David Schlittler vs. The State of Texas

This is to notify the Court and opposing counsel that

**Melinda Fletcher**, appellate attorney for the Special

Prosecution Unit, will be present and make oral argument

**on behalf of the State on May 20, 2015.**

/s/ Melinda Fletcher

Melinda Fletcher
Appellate Attorney
SBN 18403630

Special Prosecution Unit
P O Box 1744
Amarillo, Texas 79105

Phone 806.367.9407
Fax   866.923.9253
mfletcher@sputexas.org